

**ORDERED in the Southern District of Florida on September 9, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**MARLON JOSE TELLEZ**                        Case No.: 21-18084-LMI
                                              Chapter 13

Debtor(s),
_____/

## ORDER GRANTING EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO §362(c)(3)(B) (DE 12)

**THIS CAUSE** came before the Court upon Debtor's Emergency Motion to Extend the Automatic Stay ("the Motion") heard on September 9, 2021 at 9:00 a.m. (DE # 12)  The Court, having reviewed the Motion, Court files and having heard the arguments of counsel,

**ORDERS** and **ADJUDGES** as follows:

1. The Motion is GRANTED,

2. The automatic stay imposed by §362 (a) remains in effect as to all creditors.

3. Any person who has an objection to the entry of this order may file a Motion for Reconsideration within fourteen days of the date of this order.

    ###
Submitted by:

MENDEZ LAW OFFICES, PLLC
Attorney for Debtors
P.O. BOX 228630
Doral, Florida 33222
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

    ###

Attorney Mendez shall serve a conformed copy of this Order to all interested parties and file a Certificate of Service.